AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12-10-07 |
| NAME OF SERVER (PRINT) Anthony J. Gradoni | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: David Inc. by serving agent CT Corporation System at 10 Weybosset St., Providence, Rhode Island 02903

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

United States Courts
Southern District of Texas
FILED
DEC 19 2007
Michael N. Milby, Clerk

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-10-07 11:00AM
Date

[signature] SCH000000530
*Signature of Server*

5090 Richmond Ave. #199, Hou. TX. 77056
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas

CHARLES A. REES

V.

DAVOL, INC., and
C. R. BARD, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 4-07-CV-03903

TO: (Name and address of Defendant)

DAVOL, INC., 100 Sockanosset Crossroads, P.O. Box 8500, Cranston, Rhode Island, 02920, by and through its Registered Agent in the State of Rhode Island, CT Corporation System, 10 Weybosset Street, Providence, Rhode Island 02903.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David W. Alexander, Steven J. Kherkher, John T. Boundas, **WILLIAMS KHERKHER HART BOUNDAS, LLP**, 8441 Gulf Freeway, Ste. 600, Houston, Texas 77017, Tel: (713) 230-2200, Fax: (713) 643-6226.

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby

CLERK

DATE 12/6/07

(By) DEPUTY CLERK